IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Eifort,<br><br>        Plaintiff,<br><br>v.<br><br>Amazon.com Services LLC,<br><br>        Defendant. | No. CV-22-00363-PHX-SMB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

NOW on the date set forth below, upon review of the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 31),

**IT IS HEREBY ORDERED** this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs, expenses, and attorneys' fees.

Dated this 13th day of February, 2023.

Honorable Susan M. Brnovich
United States District Judge